UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

TIM SLOAN,                              )
                                        )
            Petitioner,                 )
                                        )        No. 1:04-CV-393
v.                                      )
                                        )        Chief Judge Curtis L. Collier
UNITED STATES OF AMERICA,               )
                                        )
            Respondent.                 )

## O R D E R

For the reasons set forth in the accompanying Memorandum, the Court finds Petitioner Tim

Sloan's conviction and sentencing were not in violation of the Constitution or laws of the United

States and therefore **DENIES** Petitioner's motion to vacate, set aside, or correct his sentence

pursuant to 28 U.S.C. § 2255 (Court File No. 1).  Further, the Court certifies that any appeal in this

matter by Petitioner would not be taken in good faith and no certificate of appealability will issue

pursuant to 28 U.S.C. § 2253(c).


**SO ORDERED.**

**ENTER:**



**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**